| Doe | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | FileHash | ISP | City |
|---|---|---|---|---|---|---|
| 1 | 71.34.246.129 | µTorrent 3.2.3 | 03/01/2013 06:34:58 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Century Link | Cottage Grove |
| 2 | 24.20.223.27 | BitTorrent 7… | 02/27/2013 10:43:00 PM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Comcast Cable | Portland |
| 3 | 71.32.253.35 | µTorrent Mac | 02/21/2013 05:49:58 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Century Link | Woodburn |
| 4 | 75.164.170.135 | µTorrent 3.2.3 | 01/31/2013 06:56:30 PM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Century Link | Portland |
| 5 | 76.105.162.4 | µTorrent 3.2.3 | 01/26/2013 08:50:54 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Comcast Cable | Clackamas |
| 6 | 67.5.199.142 | µTorrent 3.2.3 | 01/24/2013 02:28:51 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Century Link | Portland |
| 7 | 76.115.111.134 | µTorrent 3.2.3 | 01/09/2013 03:03:54 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Comcast Cable | Tualatin |
| 8 | 208.100.145.190 | KTorrent 4.1.3 | 01/05/2013 08:44:54 PM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Bend Cable | Redmond |
| 9 | 24.20.152.27 | µTorrent 3.2.1 | 12/19/2012 02:46:03 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Comcast Cable | Beaverton |
| 10 | 75.170.14.80 | µTorrent 2.2.1 | 12/09/2012 07:38:10 AM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Century Link | Eugene |
| 11 | 76.115.119.135 | µTorrent 3.2.0 | 12/02/2012 07:22:21 PM | SHA1: 46C7D02AEB6272AEF39D715B6F4E0855D60428BA | Comcast Cable | Beaverton |
| 12 | 71.59.132.173 | µTorrent 3.2.3 | 03/01/2013 06:19:11 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Beaverton |
| 13 | 76.105.133.211 | Vuze 4.9.0.0 | 02/26/2013 05:59:58 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Eugene |
| 14 | 50.137.168.141 | µTorrent 3.2.3 | 02/19/2013 06:10:14 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Portland |
| 15 | 76.105.133.211 | Vuze 4.8.1.2 | 02/17/2013 03:42:54 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Eugene |
| 16 | 67.5.198.189 | µTorrent 3.2.2 | 01/02/2013 02:00:22 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Century Link | Portland |
| 17 | 67.160.159.223 | BitTorrent 7… | 12/25/2012 10:52:47 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Fairview |
| 18 | 76.105.133.211 | Vuze 4.8.1.0 | 12/18/2012 02:18:38 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Eugene |
| 19 | 76.105.133.211 | Vuze 4.8.0.0 | 12/13/2012 12:08:12 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Eugene |
| 20 | 24.21.143.153 | µTorrent 3.2.1 | 12/07/2012 06:24:57 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Corvallis |
| 21 | 24.20.248.19 | µTorrent 3.2.2 | 12/05/2012 06:02:51 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Cable | Newberg |
| 22 | 173.8.221.94 | -UM17130 | 12/03/2012 04:01:53 PM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Comcast Bus. | Eugene |
| 23 | 75.175.79.173 | µTorrent 3.2.0 | 12/01/2012 05:43:17 AM | SHA1: E1FAEF15CE8B9F59D9C434B8342230AC0788000A | Century Link | Portland |

RYNORYDER v. DOES 1-23                                                                                                                EXHIBIT 1